No. 00–7451. SCHAPIRO v. SCHAPIRO. Sup. Ct. Pa. Certiorari denied.

No. 00–7452. QUINTANA v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7453. RICHARDSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7454. SPENCER v. CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–7455. REED v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7456. LIBERMAN v. WEINBERG ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–7457. WILLIAMS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7459. FRIEND v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7460. FIELDS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7461. IRVING v. BRAXTON, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 00–7463. FLETCHER v. ROCHA. C. A. 9th Cir. Certiorari denied.

No. 00–7464. FISHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7465. GONZALEZ v. MCDANIEL. C. A. 9th Cir. Certiorari denied.

No. 00–7466. GROW v. ENGLISH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG. C. A. 3d Cir. Certiorari denied.